**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| AMERICAN DAIRY QUEEN, A DELAWARE CORPORATION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 9:19-CV-00138-JRG |
| LIEPMAN RESTAURANTS, INC., A TEXAS CORPORATION, MARK H LIEPMAN, | § § § § § | |
| Defendants. | § § | |

## SCHEDULING ORDER

   This scheduling order shall be followed.  All communications concerning the case shall be directed to Ms. Kim Saindon, Law Clerk for Judge Hawthorn.  Ms. Saindon may be contacted at (409) 654-2815.

| | |
|---|---|
| **January 15, 2020** | NEW PARTIES shall be joined by this date. (A motion for leave to amend is required when adding a party that destroys the Court's jurisdiction). |
| **January 15, 2020** | The pleadings shall be AMENDED, without leave of court, by this date. |
| **March 16, 2020** | PLAINTIFF and DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date. |
| **April 16, 2020** | Deadline for PLAINTIFF and DEFENDANT to designate REBUTTAL EXPERT WITNESSES in writing and provide expert reports. |
| **June 1, 2020** | DISCOVERY shall be completed by this date. **Pursuant to Federal Rule of Civil Procedure 16(3)(b)(v) (effective December 1, 2015), before moving for any order relating** |

                                 **to discovery, the movant must first request a conference with the court.**

| | |
|---|---|
| **July 15, 2020** | MOTION CUT-OFF.  Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown.  Without leave of court, a party may file only one summary judgment motion. |
| **November 6, 2020** | The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date. |
| **November 13, 2020** | OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine. |
| **December 7, 2020** | FINAL PRETRIAL CONFERENCE at 9:00 a.m. before Hon. Rodney Gilstrap in Lufkin, Texas.  The parties should be prepared to try the case on this date. |
| **December 7, 2020** | JURY SELECTION at 1:30 p.m. in Lufkin, Texas. |
| **December 8, 2020** | TRIAL at 9:00 a.m. before Hon. Rodney Gilstrap in Lufkin, Texas. |
| **3 days** | Estimated time to try before a jury. |

SIGNED this 21st day of October, 2019.

_____
Zack Hawthorn
United States Magistrate Judge